IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Case No. 07-cr-00403-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.     SHAWN CAEKAERT,
2.     **BENJAMIN FRESQUEZ**,
3.     ELEANOR FRESQUEZ,
4.     GEORGE FRESQUEZ,
5.     **MATTHEW FRESQUEZ**,
6.     DAVID MICHAEL ROMERO,
7.     MICHAEL TOWNSEND, and
9.     SAMUEL VIGIL,

    Defendants.

---

## FINAL ORDER OF FORFEITURE

---

THIS MATTER comes before the Court on the United States' Unopposed Motion for Final Order of Forfeiture (Motion) **(#422)**. The Court having reviewed said Motion FINDS:

THAT the United States commenced this action pursuant to 21 U.S.C. § 853, as set forth in the Indictment. (Doc. 1);

THAT a Preliminary Order of Forfeiture was entered on March 4, 2010, forfeiting defendant's interest in $45,140.00 in United States Currency, and $5,066.00 in United States Currency;

THAT all known interested parties were provided an opportunity to respond and that the only Petition for an ancillary hearing to have been filed is that of Petitioner Benjamin Fresquez only as to his interest in the subject $45,140.00 in United States Currency;

THAT no party has filed a Petition or otherwise contested the forfeiture of the subject $5,066.00 in United States Currency;

THAT the United States and Petitioner have entered into a Settlement Agreement, settling the interest of Petitioner in the subject $45,140.00 in United States Currency by the following terms:

a. The Parties agree that $35,140.00 of the $45,140.00 that is the subject of Petitioner's claim, will be forfeited to the United States pursuant to 21 U.S.C. § 853;

b. The Parties agree that $10,000.00 of the subject $45,140.00 will be returned to Petitioner upon entry of a Final Order of Forfeiture; and

c. The Parties agree that this Settlement Agreement resolves all claims and issues between the Petitioner and the United States with respect to the subject $45,140.00;

THAT given this settlement, the request by Petitioner Benjamin Fresquez for an ancillary hearing to adjudicate his interest in the subject $45,140.00 in United States Currency is denied as moot and an ancillary hearing need not be set;

THAT it further appears there is cause to issue a forfeiture order under 21 U.S.C. § 853.

NOW, THEREFORE, IT IS ORDERED, DECREED, AND ADJUDGED:

THAT the Motion is **GRANTED** and judgment of forfeiture of $35,140.00 of the subject $45,140.00 in United States Currency shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party;

THAT judgment of forfeiture of the subject $5,066.00 in United States Currency in its entirety shall enter in favor of the United States pursuant to 21 U.S.C. § 853, free from the claims of any other party;

THAT the United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law;

DATED this 9th day of April, 2012.

BY THE COURT:

_____

Marcia S. Krieger
United States District Judge